

1  Justin Fok, Esq., CA Bar: 242272
2  Law Offices of Jean D. Chen
   2107 N. First Street, Suite 400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile: (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiff
   Jun Liu
7

ORIGINAL
FILED

NOV 16 2007

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                       COMPLAINT

11  Jun Liu,

    C07  05842  RMW
                        HRL

12
                         )
13            Plaintiff,  )
                         )
14       v.               )
                         )     PLAINTIFF'S ORIGINAL COMPLAINT
15  Michael Chertoff, Secretary of the   )   FOR WRIT IN THE NATURE OF
    Department of Homeland Security;     )   MANDAMUS & DECLARATORY
16  Emilio T. Gonzalez, Director of United States )   JUDGMENT UNDER 28 U.S.C. § 1361
    Citizenship and Immigration Services, )
17                       )
18                       )     Immigration Case
                         )
19            Defendants. )
                         )
20                       )
                         )
21                       )
                         )
22  ─────────────────────────)

23       Plaintiff, Jun Liu, by and through his attorney of record, opens this lawsuit against the

24  Defendants and will show this Court the following:

25  1.    Plaintiff, Jun Liu, brings this case to compel action on the delayed processing of his I-

26  485, *Application to Register Permanent Residence or Adjust Status*. This application remains

27  within the jurisdiction of the Defendants who have improperly delayed and withheld action on

28  this application to Plaintiff's detriment.

Case No.                        1
Complaint

**PARTIES**

2.    Plaintiff, Jun Liu, a resident of Cupertino, CA, is the primary applicant of an I-485, *Application to Register Permanent Residence or Adjust Status* ("I-485"), filed with the United States Citizenship and Immigration Services ("USCIS").

3.    Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security ("DHS"), and this action is brought against him in his official capacity.  Defendant Chertoff is generally charged with enforcement of the Immigration and Nationality Act ("INA" or "Act"), which provides for the processing of I-485 immigrant petitions.

4.    Defendant, Emilio T. Gonzalez, is the Director of the USCIS, an agency within DHS, and this action is brought against him in his official capacity.  Defendant Gonzalez is generally charged with the overall administration of immigration benefits and services, including I-485 immigrant petitions.

**JURISDICTION**

5.    Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 551, *et seq.* and 701, *et seq.*, and 28 U.S.C. § 2201 *et seq.*  Relief is requested pursuant to said statutes. Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

**VENUE**

6.    Venue is proper in this honorable Court, pursuant to 28 U.S.C. §1391(e), in that Plaintiff may request a hearing on the matter in the district where Plaintiff resides.

**INTRADISTRICT ASSIGNMENT**

7.    This lawsuit should be assigned to the San Jose Division of this court because a substantial part of the event or omission which give rise to this lawsuit occurred in Santa Clara County.

**EXHAUSTION OF REMEDIES**

8.    Plaintiff has exhausted his administrative remedies. Plaintiff has supplied the USCIS and the FBI with documents that clearly establish his eligibility to register as a permanent resident, and as will be demonstrated by the evidence, has followed up with numerous inquiries and

Case No.                                    2
Complaint

1   requests to the pertinent administrative agencies attempting to expedite his delayed application.

2   <div align="center">**CAUSE OF ACTION**</div>

3   9.      Plaintiff, Jun Liu, a native and citizen of China, properly filed an I-485, *Application to*

4   *Register Permanent Residence or Adjust Status* with the USCIS. The application, all supporting

5   documentation, and the $305 filing fee were received by the California Service Center (CSC) on

6   November 27, 2002 **(EXHIBIT 1)**.

7   10.     On August 20, 2004, Plaintiff appeared before the USCIS San Jose Application Support

8   Center to submit his fingerprints **(EXHIBIT 2)**.

9   11.     On September 7, 2004, Plaintiff contacted the USCIS CSC to inquire as to the status of

10  his application. Plaintiff did not receive a response **(EXHIBIT 3).**

11  12.     On September 16, 2004, Plaintiff contacted David M. Hardy, Section Chief for the

12  National Name Check Program, in regard to his pending name check. In a reply dated October

13  13, 2004, Agent Hardy informed Plaintiff that a request for a background check was never

14  received by the FBI and advised Plaintiff to contact the USCIS local office to correct this

15  problem **(EXHIBIT 4)**.

16  13.     On December 9, 2004, Plaintiff contacted the FBI Name Check Center to inquire as to

17  the status of his name check. Plaintiff did not receive a response **(EXHIBIT 5).**

18  14.     On December 9, 2004, Plaintiff contacted the USCIS CSC to specfiically inquire as to the

19  status of his name check. Plaintiff received a response stating that his application was still in

20  process **(EXHIBIT 6)**.

21  15.     On January 5, 2005, Plaintiff again contacted the USCIS CSC to inquire as to the status

22  of his application. Plaintiff did not receive a response **(EXHIBIT 7).**

23  16.     On November 28, 2006, Plaintiff appeared before the USCIS San Jose sub-office for an

24  Infopass appointment to inquire into the status of his application. Plaintiff was informed that an

25  FBI name check request was never sent for his case and that one would be sent immediately

26  **(EXHIBIT 8)**.

27  17.     On August 24, 2007, Plaintiff again submitted his fingerprints at the San Jose USCIS

28  Application Support Center **(EXHIBIT 9)**.

18.    The processing for Plaintiff's I-485 has gone well beyond the expected 6 months processing time for an employment-based I-485 application (See California Service Center processing dates for I-485 cases posted October 15, 2007 at **EXHIBIT 10**).

19.    For most I-485 cases, Defendants send out a name check request to the FBI within a few weeks of receiving the I-485 application.

20.    The FBI did not receive Plaintiff's name check request from the USCIS until after November 27, 2006, four years after the USCIS received his I-485 application.

21.    Defendants have failed to adhere to their own processing times and procedures.

22.    Plaintiff has submitted sufficient information to the USCIS for it to complete adjudication of his I-485 application.

23.    But for the pending name check, Plaintiff would receive approval for his I-485 application.

24. Plaintiff has been greatly damaged by the failure of Defendants to act in accordance with their duties under the law.  Specifically:

(a) Plaintiff has been unable to obtain legal permanent residence and thus cannot travel or work without restriction.  He must spend additional time and pay additional filing fees each year in order to work and travel legally.

(b) Plaintiff is unable to accrue time to be eligible for naturalization as a citizen of the United States, thus delaying his obtainment of the rights and privileges enjoyed by citizens of the United States.

(c) Plaintiff must wait to make major life decisions until his legal permanent residence petition is resolved, thus causing him undue stress and anxiety.

25.    Defendants, in violation of 28 U.S.C § 1361, have failed to complete the processing of Plaintiff's I-485, a duty delegated to them by law.

26.    Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 706(1), are unlawfully withholding action on Plaintiff's application, and have unreasonably delayed action on Plaintiff's case.

27.    Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 555(b), are

1  unlawfully delaying action on Plaintiff's application and have failed to complete the

2  adjudicative functions delegated to them by law within a reasonable time.

3  <center>**PRAYER**</center>

4  28.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff

5  respectfully prays that the Defendants be cited to appear herein and that, upon due

6  consideration, the Court enter an order:

7          (a) requiring the USCIS to complete adjudication of Plaintiff's I-485 Application

8              within 60 days of receiving the Court's Order;

9          (b) awarding reasonable attorney's fees pursuant to the Equal Access to Justice Act;

10             and

11         (c) granting such other relief at law and in equity as justice may require.

12

13  Dated: November 15, 2007                              Respectfully Submitted,

14

15

16                                                        Justin Fok, CA Bar No. 242272
                                                          Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

Case No.                          5
Complaint

# EXHIBIT LIST

| **Exhibit** | **Description** |
|---|---|
| 1) | Plaintiff's I-485 Receipt Notice dated November 27, 2002. |
| 2) | Plaintiff's Fingerprint Notice with Biometric Processing Stamp dated August 20, 2004 |
| 3) | Plaintiff's fax to the USCIS CSC dated September 7, 2004 |
| 4) | Plaintiff's fax to the FBI Name Check Center dated September 16, 2004 and response dated October 13, 2004 |
| 5) | Plaintiff's fax to the FBI Name Check Center dated December 9, 2004. |
| 6) | Plaintiff's fax to the USCIS CSC dated December 9, 2004. |
| 7) | Plaintiff's fax to the USCIS CSC dated January 5, 2005 |
| 8) | Plaintiff's Infopass appointment dated November 28, 2006 |
| 9) | Plaintiff's Fingerprint Notice with Biometric Processing Stamp dated August 24, 2007 |
| 10) | I-485 Processing Dates posted October 15, 2007 from the California Service Center |

# Exhibit 1

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

### THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER**<br>WAC-03-049-51220 | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| **RECEIVED DATE**<br>November 27, 2002 | **PRIORITY DATE** | **APPLICANT** A96 073 569<br>LIU, JUN |
| **NOTICE DATE**<br>December 2, 2002 | **PAGE**<br>1 of 1 | |

| | |
|---|---|
| DEBRA H. BAKER ATTORNEY AT LAW<br>BAKER LAW CORPORATION<br>RE: JUN LIU<br><br>SAN JOSE CA 95113 | **Notice Type:** Receipt Notice<br><br>Amount received: $ 305.00<br>Section: Adjustment as direct<br>          beneficiary of immigrant<br>          petition |

The above application or petition has been received.  It usually takes 160 to 180 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (949) 831 8427 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call our TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit the INS at **www.ins.usdoj.gov**.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (949) 831 8427**



Form I-797 (Rev. 09/07/93)N

# Exhibit 2

## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: _LIU_ _JUN_ _____

        Last                First             Middle     Suffix

DATE OF BIRTH: ████████    PHONE #: 408-████████

               Year    Month   Day

PLACE OF BIRTH: Sichuan    SEX: (Male or Female) Male

**RACE:** Check the most appropriate code below:

____ American Indian or Alaskan Native   ____ Black   ____ White (Hispanic also check)

_X_ Asian or Pacific Island     ____ Unknown

**HEIGHT:** 5 Feet 4 Inches         **WEIGHT:** 1█0 Pounds

**EYE COLOR:** Check the most appropriate code below:

_X_ Black   ____ Brown   ____ Green   ____ Gray   ____ Pink   ____ Hazel   ____ Blue   ____ Maroon

**HAIR COLOR:** Check the most appropriate code below:

_X_ Black   ____ Bald   ____ White   ____ Sandy   ____ Red   ____ Gray   ____ Blonde   ____ Brown

**COUNTRY OF CITIZENSHIP:** P. R. CHINA

**SOCIAL SECURITY NUMBER:** ████ - ████ - ████

**ALIEN REGISTRATION NUMBER:** A ███ ███ 73 ███

**LIST ANY OTHER NAMES YOU HAVE USED:**

_____

        Last           First          Middle     Suffix

**RESIDENCE ADDRESS** (List mailing address if different from resident):

████████████████████    Sunnyvale, CA 9█0█4

Street number and name      *Apartment #*     City     State     Zip Code

**REASON FOR FINGERPRINT APPLICATION:** (I-485, I-589, I-600, I-821, N-400): _____

| LOCAL AIW STAMP |
|---|
| FD-258 Completed at ASC |
| On: AUG 20 2004 By: |
| QC Check Completed By: |

# Exhibit 3

**Listing for Jun Liu**

Tue Sep 7 10:53:41 2004

09/07/2004, Cupertino, California

From:
Jun Liu,

phone: 408-              bus. phone              phone: 408-              gym
fax: 408-                                          email:              @google.com

To:
California Service Center, USCIS,
24000 Avila Road, 2nd Floor, Laguna Niguel, CA 92677.
Fax: 949-389-3058

Subj: Enquiry regarding my pending I485 Application, Application to Register Permanent Residence or to Adjust Status.

Respected Sir/Madam,

I have applied my Adjustment of Status application on I485 at California Service Center on [illegible]. According to the latest CIS list on processing times with the RDT date [illegible], I am seeing many approvals for the people those who applied after my Application date. Receipt Date [illegible] under the same category as mine.

My wife and I did my 1st finger print done on [illegible] and you have received it on 08/2004. I haven't heard back from you since then about the status of my I485 application.

I would like to request you to expedite my case as I have waited very long time than people those who applied after my application date.

I would appreciate if you could let me know the status of my application, here are my and my wife's case details.

##Primary Applicant
Name: Jun Liu
Type of Application: I485, Application to Register Permanent Residence or to Adjust Status.
WAC number: WAC-04-[illegible]
A# [illegible]
Receipt Date of my I485 Application: [illegible]
Notice Date of my I485 Application: [illegible]
Category: Eb2

##Spouse's case
Name: Qiong Peng
Type of Application: I485, Application to Register Permanent Residence or to Adjust Status.
WAC number: WAC-04-[illegible]
A# [illegible]
Receipt Date of my I485 Application: [illegible]
Notice Date of my I485 Application: [illegible]
Category: Eb2

If you should have any questions, please call me free to contact me at the above no. or these numbers.

Thanking you very much.

Jun Liu

# Exhibit 4

09/16/2004, Cupertino, California.

SUBJECT: FBI Name Check Status Inquiry regarding my pending I-485 Application.
Application to Register Permanent Residence or to Adjust Status

To,
FBI Name Check Center
Fax: 202 324 3367

Respected Sir/Madam,

I'd like to know my name check status regarding my I-485 application.
Here are my information:

Name: Jun Liu
Date of Birth: ████████
A#: 096 273 ███
Phone: 408 ████████ day time              phone: 408 ████████ home
Fax: 408
email: ████████@comcast.net
Address: ████████████████████████  Cupertino, CA 95014

Thanking you very much.

Jun Liu

**Comcast Mail**

**From:**   h9m47r4@fbi.gov
**Sent:**   Wednesday, October 13, 2004 4:36 PM
**To:**     ███@comcast.net
**Subject:** Immigration Status

Dear Jun Liu:

This is in reference to your facsimile dated September 16, 2004, concerning your immigration status. A review of the FBI's Name Check Program database concerning you does not indicate that a request has ever been received from the U.S. Citizenship and Immigration Services. Therefore, you may wish to recontact the USCIS' local office for further processing of your case.

I am sorry we are unable to be of more assistance at this time.

Sincerely yours,
David M. Hardy

# Exhibit 5

*Listing for* **Jun Liu**                                    Thu Dec  9 15:18:20 2004

12/09/2004, Cupertino, California

SUBJECT: FBI Name Check Status Inquiry regarding my pending I485 Application.
Application to Register Permanent Residence or to Adjust Status.

To:
FBI Name Check Center
Fax: 202-324-3367

Respected Sir/Madam,

I'd like to know my name check status regarding my I485 application.
Here are my information.

Name: Jun Liu
Date of Birth: 02/18/1969
A#: 096 073 065
phone: 408-        (day time)              phone: 408-        phone:
fax: 408-
email:        @comcast.net
Address:                              Cupertino, CA 95014

Thanking you very much.

Jun Liu

fbinncp@ic.fbi.gov

# Exhibit 6

**Listing for Jun Liu**

**Thu Dec  9 15:18:09 2004**

01/05/2005, Cupertino, California

From:
Jun Liu,
████████████████████ Cupertino, CA 95014
phone: 408-████████
fax: 408-████████
email: ████████@comcast.net

To:
California Service Centre, USCIS,
24000 Avila Road, 2nd Floor, Laguna Niguel, CA 92677.
Fax: 949-389-3055          email: CSC.XII.ABC@dhs.gov

Sub: Enquiry regarding my pending I4et Application, Application to Register
Permanent Residence or to Adjust status

Respected Sir/Madam,

I have applied my Adjustment of Status application I485 at California Service
Centre on 12/05/2002. According to the latest USC is now processing cases
with the JD date upto 2004. I am seeing many approvals for the people those
who applied after my Application date (Receipt Date 12/05/2002) under the same
category as mine.

my wife and I did my 2nd finger print also on 08/26/2004 and you have received
it on 08/26/2004. I haven't heard back from you since then about the status of
my I485 application.

I would like to request you to expedite my case as I have waited very long
time than people those who applied after my application.

I would appreciate it you could let me know the status of my application. Here
are my and my wife's case detail.

#primary applicant
Name: Jun Liu
Type of Application: I485, Application to Register Permanent Residence or to Adjust Status.
WAC number: WAC 03-049-11721
A# : 096-073-569
Receipt Date of my I485 Application: 12/05/2002.
Notice Date of my I485 Application: 12/05/2002.
Category: EB3

##spouse's case
Name: Qiong Feng
Type of Application: I485, Application to Register Permanent Residence or to Adjust Status.
WAC number: WAC 03-049-11721
A# : 096-073-568
Receipt Date of my I485 Application: 12/05/2002.
Notice Date of my I485 Application: 12/05/2002.
Category: EB3

If you should have any questions, please feel free to contact me at the above mentioned numbers.

Thanking you very much,

Jun Liu

# Exhibit 7

```
                                                                      P. 01
                          TRANSACTION REPORT
                          _____
                                                    JAN-05-2005 WED 11:14 AM

        FOR:

  DATE  START    RECEIVER         TX TIME  PAGES TYPE      NOTE          M#  DP

  JAN-05 11:13 AM 19493893486       33"      1   SEND      OK            493


                                          TOTAL :      33S  PAGES:   1
```

---

**Listing for Jun Liu**                                        **Thu Dec 9 15:18:09 2004**    Page 1

01/05/2005, Cupertino, California

From:
Jun Liu,
_____ Cupertino, CA 95014
phone: 408-_____ (day time)       phone: 408-_____ (home)
fax: 408-_____                    email: _____@comcast.net

To:
California Service Centre, USCIS,
24000 Avila Road, 2nd Floor, Laguna Niguel, CA 92677
Fax: 949-389-3055       email: CSC-XII.I485@dhs.gov

Sub: Enquiry regarding my pending I485 Application, Application to Register
Permanent Residence or to Adjust Status.

Respected Sir/Madam,

I have applied my Adjustment of Status application I485 at California Service
Centre on 12/09/2002. According to the latest JIT, CSC is now processing cases
with the JIT date upto 2004. I am seeing many approvals for the people those
who applied after my Application date (Receipt Date 12/09/2002) under the same
category as mine.

my wife and I did my 2nd Finger Print also on 08/20/2004 and you have received
it on 08/28/2004. I haven?t heard back from you since then about the status of
my I485 application.

I would like to request you to expedite my case as I have waited very long
time than people those who applied after my application

I would appreciate if you could let me know the status of my application. Here
are my and my wife's case details

##primary applicant
Name: Jun Liu
Type of Application: I485, Application to Register Permanent Residence or to Adj

### CALIFORNIA SERVICE CENTER
### FAX INQUIRY SHEET

Signature of Representative/Applicant Required: _____  Date _____

Respond to: _____  Phone _____
E-Mail Address: _____  Fax (Required) _____
Street Address: _____

#### INQUIRY INFORMATION:

WAC or A File Number: _____  Date of Filing: _____
Type of Application or Petition: I-485  Classification: AOS
(For a Motion-to-Reopen/Reconsider or
Appeal include original WAC Number: _____)

#### I-485 INQUIRY Please provide the following:

Principal Alien's Name: _____  Country of Citizenship: _____
Principal Alien's Petition Type: _____  WAC Number: _____
Principal Alien's A Number: _____  Principal Visa Category: _____
Principal Priority Date: _____

#### NATURE OF INQUIRY:

X   Case pending beyond JIT processing time.
    Notice which is erroneous.
    Non receipt of Alien Registration Card after I-485 has been approved.
X   Other: _____

#### BCIS RESPONSE: In response to your inquiry, please note the item(s) checked below:

_____ The application/petition is not outside of processing time. Cases are adjudicated
in the order received. Please refer to the current JIT report. Do not send in an
inquiry until 30 days beyond the current JIT date. Your cooperation is
appreciated.
_____ The application/petition was transferred to NVC. Please contact them directly.
_____ The application/petition was transferred to the BCIS office in _____
_____ The application/petition was approved and a notice was mailed on _____
_____ If you need a duplicate notice, please file an I-824.
_____ A Request for Evidence was sent on _____
_____ A review of the file indicates that the application/petition was denied on _____
_____ A review of the file indicates that the application/petition was adjudicated
correctly. You should file a timely appeal or motion if you disagree.
_____ A Form G-28 is not on file, therefore, we are unable to provide you with
additional information.

#### BCIS Comments:

**CSC Inquiry Process**

**Status Check Phone Numbers**
(800) 375-5283      National Customer
                    Service Center
(949) 831-8427      CSC BCIS Direct

**BCIS Web Site Status Check**
WWW.INS.USDOJ.gov

**Division Fax Numbers**
(949) 389-5055   I-131, I-140, I-360
                 I-485, I-526, I-829
(949) 389-3797   I-129, I-102, I-539
(949) 389-3460   Non-Immigrant

   **Premium Processing (PP)**
(949) 389-3487   I-140, I-129F, I-751
(949) 389-3484   I-765, I-821, I-817
                 I-90 SAW, N-400
(949) 389-3483   Legalization
(949) 389-3489   I-90, I-212, I-612
                 I-824, I-881, NACARA

Date Step One
Completed

**Division XII Inquiry**
After fifteen days, you may contact
Division XII for assistance.
Fax:
(949) 389-3480   I-131, I-140, I-360
                 I-485, I-526, I-829
(949) 389-3480   I-129, I-102, I-539
(949) 389-3219   I-130, I-129F, I-751
(949) 389-3196   I-765, I-821, I-817
                 I-90 SAW, N-400
                 Legalization
(949) 389-8074   I-90, I-212, I-612
                 I-824, I-881, NACARA
(949) 389-8651   Green Card Issues

**CSC E-Mail Inquiry Addresses**
Please DO NOT send attachments to
your E-Mail Inquiry. E-mail with
attachments will be rejected.

CSC.XII.131@usdoj.gov
CSC.XII.140@usdoj.gov
CSC.XII.360@usdoj.gov
CSC.XII.485@usdoj.gov
CSC.XII.129@usdoj.gov
CSC.XII.539@usdoj.gov
CSC.XII.130@usdoj.gov
CSC.XII.129F@usdoj.gov
CSC.XII.751@usdoj.gov
CSC.XII.765@usdoj.gov
CSC.XII.817@usdoj.gov
CSC.XII.90@usdoj.gov
CSC.XII.I-90@usdoj.gov
CSC.XII.Waivers@usdoj.gov
CSC.XII.others@usdoj.gov

**Important Phone Numbers**
(949) 389-3007   CSC Emergency Line
(949) 389-3257   CSC Emergency Line

**Comments or Concerns?**
CSC.XII.ACD@usdoj.gov

# Exhibit 8



**Name: Jun Liu**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** SNJ-06-34850

**Appointment Date:** **November 28, 2006**

**Authentication Code:** 175df

**Appointment Time:** **8:45 AM**

Location: 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY

## This is your Confirmation Number:



\* S N J - 0 6 - 3 4 8 5 0 \*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:

*62725*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**

Jun : VAC 03049 51220 , VAC 03049 51409

Xiong : A 096 073 569 / A 096 073 568

728 - 90 - 8177

# Exhibit 9

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| | | | |
|---|---|---|---|
| | **APPLICATION NUMBER**<br>WAC0304951220 | | **NOTICE DATE**<br>7/27/2007 |
| **CASE TYPE**<br>I485 Application to Register Permanent Resident or Adjust Status | **SOCIAL SECURITY NUMBER** | **USCIS A#**<br>A096073569 | **CODE**<br>1 |
| | **TCR** | **SERVICE CENTER**<br>NSC | **PAGE**<br>1 of 1 |

JUN LIU ▬▬▬▬▬▬▬▬▬

CUPERTINO, CA 95014



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
USCIS SAN JOSE
122 CHARCOT AVE.
SAN JOSE, CA 95131

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
08/24/2007
3:00 PM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN JOSE, 122 CHARCOT AVE., SAN JOSE, CA 95131

**APPLICATION NUMBER 1**
I485        WAC0304951220



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

# Exhibit 10



U.S. Citizenship
and Immigration
Services

Home    Contact Us    Site Map    FAQ

Search

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

Print This Page        Back

# U.S. Citizenship and Immigration Services
# California Service Center Processing Dates
# Posted October 15, 2007

**Notice**:  U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

### What if I have a problem or have questions about a case?

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **California Service Center** Posted October 15, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | July 20, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 15 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | 2 Months |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | April 12, 2007 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | 6 Months |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 01, 2005 |

| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 07, 2005 |
|---|---|---|---|
| I-131 | Application for Travel Document | All other applicants for advance parole | 3 Months |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | 6 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | October 11, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | 6 Months |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | 6 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | 3 Months |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | January 28, 2007 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | 6 Months |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | 11 Weeks |
| I-765 | Application for Employment | All other applications for employment | 11 Weeks |

Case 3:07-cv-05842-RMW    Document 1    Filed 11/16/2007

|  | Authorization | authorization |  |
|---|---|---|---|
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | February 19, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | 6 Months |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | June 09, 2004 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | September 10, 1997 |

[ Print This Page ]   [ Back ]

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security