1  Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
San Jose, CA 95131
3  Telephone: (408) 437-1788
4  Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com
5

ORIGINAL
FILED

NOV 1 6 2007

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6  Attorney for Plaintiff
Jun Liu,
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10  **Jun Liu,**                        ) Case No.
11                                       )
                                         )  C07  05842 RMW
12              Plaintiff,               )
                                         )                    HRL
13       v.                              )
                                         )
14                                       )
**Michael Chertoff**, Secretary of the  )
15  Department of Homeland Security;     )  **CERTIFICATION OF INTERESTED**
**Emilio T. Gonzalez**, Director of United States )  **ENTITIES OR PERSONS**
16  Citizenship and Immigration Services, )
                                         )
17                                       )
                                         )  **Immigration Case**
18              Defendants.              )
                                         )
19                                       )
                                         )
20                                       )
                                         )
21  _____ )

22

23          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

24  named parties, there is no such interest to report.

25  ///

26  ///

27  ///

28  ///

Case No.                              1
Certification of Interested Entities or Persons

1   Dated: 11.15.07

2

3                                                    Respectfully Submitted,

4                                                    Justin Fok, CSBN: 242272
                                                     Attorney for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28