# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Jun Liu

V.

Michael Chertoff, Secretary of the Department of Homeland Security,
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C07 05842 RMW HRL

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  NOV 1 6 2007

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Jun Liu,

v.

Michael Chertoff, Secretary of the Department of Homeland Security,
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C07 05842RMW

HRL

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

NOV 1 6 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11/20/2007 |
| Name of SERVER | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other *(specify)*:

   Certified mail with return receipts

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
|  | U.S.P.S. | $33.95 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/20/2007
                Date

Signature of Server
Law Offices of Jean D. Chen
2107 N. First St., Suite 400
San Jose, California 95131
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7006 0810 0000 7641 6284

| | | |
|---|---|---|
| Postage | $1.99 | 0002 |
| Certified Fee | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.79 | 11/20/2007 |

Sent To: Emilio T. Gonzalez
Street, Apt. No.; or PO Box No.: 455 I Street, NW
City, State, ZIP+4: Washington, DC 20536

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7006 0810 0000 7641 6271

| | | |
|---|---|---|
| Postage | $1.99 | 0002 |
| Certified Fee | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.79 | 11/20/2007 |

Sent To: Michael Chertoff, US Dept of Homeland Security
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4: Washington, DC 20528

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7006 0810 0000 7641 6233

| | | |
|---|---|---|
| Postage | $1.99 | 0002 |
| Certified Fee | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.79 | 11/20/2007 |

Sent To: Michael B. Mukasey, US Dept of Justice
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7006 0810 0000 7641 6257

| | | |
|---|---|---|
| Postage | $1.99 | 0002 |
| Certified Fee | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.79 | 11/20/2007 |

Sent To: Office of the General Counsel
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4: Washington, DC 20528

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7006 0810 0000 7641 6240

| | | |
|---|---|---|
| Postage | $1.99 | 0002 |
| Certified Fee | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.79 | 11/20/2007 |

Sent To: US Attorney's Office
Street, Apt. No.; or PO Box No.: 450 Golden Gate Ave
City, State, ZIP+4: SF, CA 94102

PS Form 3800, June 2002    See Reverse for Instructions

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices of Jean D. Chen and my business address is:

2107 N. First St., Suite 400, San Jose CA, 95131

On 11/20/07 I served:

1) **Summons in a Civil Action;**
2) **Plaintiff's Original Complaint for Writ in the Nature of Mandamus and Declaratory Judgment under 28 U.S.C. § 1361;**
3) **Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for All Judges of the Northern District of California; Standing Order Regarding Case Management in Civil Cases;**

on the persons or entities named below, for the case Liu v. Chertoff (C 07-05842 RMW) by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Michael B. Mukasey (By certified mail with return receipt)
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Michael Chertoff (By certified mail with return receipt)
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez (By certified mail with return receipt)
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536

Office of the General Counsel (By certified mail with return receipt)
United States Department of Homeland Security
Washington, DC 20528

U.S. Attorney (By certified mail with return receipt)
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

1 | Date of mailing: 11/20/07   Place of mailing: San Jose, California.
2 | I declare under penalty of perjury under the laws of the United States of America that the
3 | forgoing is true and correct.
4 |
5 | Executed this 11/20/07 at San Jose, California
6 |
7 | *(signature)*
8 | Enju Lin