1 | Justin Fok, Esq., CSBN: 242272
2 | Law Offices of Jean D. Chen
3 | 2107 N. First Street, Suite 400
   | San Jose, CA 95131
4 | Telephone: (408) 437-1788
   | Facsimile: (408) 437-9788
5 | Email: jfok@jclawoffice.com

6 | Attorney for Plaintiff
7 | Jun Liu,

ORIGINAL
FILED

NOV 1 6 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Jun Liu,**

      Plaintiff,

  v.

**Michael Chertoff**, Secretary of the Department of Homeland Security;
**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services,

      Defendants.

Case No.

C07 05842 RMW

HRL

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**Immigration Case**

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///

///

///

///

Case No.                              1
Certification of Interested Entities or Persons

1 | Dated: 11.15.07

Respectfully Submitted,

*[signature]*

Justin Fok, CSBN: 242272
Attorney for Plaintiff

Case No.                              2
Certification of Interested Entities or Persons