Justin Fok, Esq., CA Bar#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Jun Liu

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jun Liu,  <br><br>    Plaintiff,  <br><br>    v.  <br><br>**Michael Chertoff**, Secretary of the Department of Homeland Security;  <br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services,  <br><br>    Defendants. | Case No. C 07-05842 RMW  <br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

Plaintiff, by and through his attorney of record, voluntarily dismisses the above-entitled action in light of the fact that the United States Citizenship and Immigration Services has granted Plaintiff's I-485 *Application to Register Permanent Residence or Adjust Status.*

*///*

*///*

*///*

Case No. C 07-05842 RMW                1
Notice of Voluntary Dismissal

1 | DATED: January 14, 2008            Respectfully Submitted,

                                                             /s/
                                      Justin Fok, CA Bar: 242272
                                      Attorney for Plaintiff

Case No. C 07-05842 RMW              2
Notice of Voluntary Dismissal